People v Scott (2025 NY Slip Op 06441)

People v Scott

2025 NY Slip Op 06441

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

783 KA 24-01068

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAMES SCOTT, JR., DEFENDANT-APPELLANT. 

TODD G. MONAHAN, LITTLE FALLS, FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (AERON SCHWALLIE OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), rendered March 15, 2024. The judgment convicted defendant upon his plea of guilty of manslaughter in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]). We affirm. Defendant's contention that County Court erred in denying his severance motion is forfeited by the plea and does not survive his unchallenged waiver of the right to appeal (see People v McMillan, 227 AD3d 1413, 1413 [4th Dept 2024]; People v Guldi, 152 AD3d 540, 544 [2d Dept 2017], lv denied 30 NY3d 1019 [2017]; People v Hunter, 49 AD3d 1243, 1243 [4th Dept 2008]). Defendant's waiver of the right to appeal also encompasses his challenge with respect to the severity of his sentence (see generally People v Lopez, 6 NY3d 248, 255-256 [2006]; People v Hidalgo, 91 NY2d 733, 737 [1998]).
We have reviewed defendant's remaining contention and conclude that it does not warrant reversal or modification of the judgment.
Entered: November 21, 2025
Ann Dillon Flynn
Clerk of the Court